No. 86–888.   FRANKLIN v. DISTRICT OF COLUMBIA COURT OF APPEALS.   Ct. App. D. C.   Certiorari denied.

No. 86–892.   SAN MARCOS COUNTY WATER DISTRICT v. SAN MARCOS UNIFIED SCHOOL DISTRICT.   Sup. Ct. Cal.   Certiorari denied.

No. 86–896.   BENTLEY LABORATORIES, INC. v. SHILEY, INC. C. A. Fed. Cir.   Certiorari denied.

No. 86–899.   THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. v. JONES; and
No. 86–5924.   JONES v. THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.   Reported below: 788 F. 2d 1101 and 795 F. 2d 521.

No. 86–902.   AMERICAN AIRLINES, INC., ET AL. v. DOOLEY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–903.   ZARTUCHE v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–910.   EXPORTADORA COLOMBIANA DE EMERALDAS CO., LTD., ET AL. v. $630,000 IN UNITED STATES CURRENCY ET AL. C. A. 9th Cir.   Certiorari denied.

No. 86–912.   VAUGHN ET AL. v. GENERAL FOODS CORP. ET AL. C. A. 7th Cir.   Certiorari denied.

No. 86–914.   MIHALCIK v. ILLINOIS EMPLOYERS INSURANCE OF WAUSAU.   C. A. 7th Cir.   Certiorari denied.

No. 86–916.   CARTER v. LOUISIANA.   Ct. App. La., 3d Cir. Certiorari denied.

No. 86–919.   LIMPERT BROTHERS, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.